*Friday, February 9, 2001*

## MOTION DOCKET

**86–512. State v. Byrd.**
Hamilton App. No. C–830676. On January 26, 2001, appellant filed a motion for stay of execution pending litigation of actual innocence. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied as premature.

It appearing that appellant's petition for rehearing of the order denying certiorari is pending before the United States Supreme Court,

IT IS FURTHER ORDERED that appellee file notice with this court when the United States Supreme Court issues its order on appellant's motion for rehearing.

COOK, J., would set execution date and remand to common pleas court for consideration of postconviction relief proceedings.

**00–1462. State v. Garretson.**
Warren App. No. CA99–10–123. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. Upon consideration of the motion of *amicus curiae*, Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for April 3, 2001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant.

*Monday, February 12, 2001*

## MOTION DOCKET

**98–1891. State v. Jones.**
Hamilton App. No. C–970043. Upon consideration of the motion filed by counsel for appellant for a stay of execution in the above-styled cause pending the exhaustion of appellant's state post-conviction remedies and pending Murnahan appeal,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**98–2542. State v. Treesh.**
Lake App. No. 95–L–057. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

**01–112. State v. Szulc.**
Erie App. No. E00021. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.